Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209) 992-8101

PRO-PER

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 25 2022

FILED
DOCKETED
DATE

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Robert Wooten

Plaintiff – Appellant

v

State of California
and

Gavin Newsom

Defendants – Appellees

NO. 22-16635
D.C. NO. 2:22-cv-0850-TLN-CKD
U. S. District Court for the Eastern District of California

OBJECTIONS TO REFERRAL NOTICE

---

1. Plaintiff objects to the Courts instruction to the district Court to determine if the Appeal is frivolous.

2. This is a VOTING RIGHTS ISSUE. It is supposed to be guaranteed by the U. S. Constitution and protected and enforced by the U. S. District Courts.

3. The concept of voting should be deemed to consist of more than just the making of a mark on a piece of paper. It should b deemed to consist of every legal aspect associated with the electoral process.

4. Although the right is supposed to be guaranteed by the federal Constitution; it is left to the States to supervise the process.

5. The Legislature of the State of California has determined that electors of the State may challenge the eligibility of candidates for office. The Legislature delegated this process to the superior courts of the State.

6. The Legislature designed a process which allows citizens to use the courts to challenge the eligibility of candidates.

7. In December of 2018, shortly after Newsom was elected as Governor, I challenged his eligibility to hold office in the State.

8. The Sacramento Superior Court has refused to follow the directive of the State Legislature and hold a hearing to make a ruling on my allegations.

9. I then sought to compel the State to hold a hearing through the District Court.

10. For reasons unknown to me, the district court seems to think the matter I frivolous. It has so stated twice. That is the basis for my appeal.

11. In this Court's referral notice this court cited Hooker v American Airlines. In that case this Court ruled that if there is a single meritorious issue to be resolved the case was not frivolous.

12. When the courts of a state refuse to honor rules established by the Legislature of the state; that is a due process violation; a privileges violation, and a direct violation of the Fifteenth Amendment.

13. VOTING RIGHTS ISSUES, SHOULD NEVER BE DETERMINED TO BE FRIVOLOUS. Even if a case should arise, where such a decision was justified, the court should be required to issue a written statement pointing out its reasons for its decisions.

14. The District Court has twice issued a conclusory opinion that a voting rights case was frivolous without pointing out one single instance of baselessness for its decision.

15. Although voting is highly overrated: I point out to this court the same sex marriage case where this Court appointed a known practicing homosexual to preside over a same sex marriage case, as a disinterested trier of the fact. This Court refused to strike down his decision; the Supreme Court said Interveners were not allowed to prosecute the case before that Court; and the homosexuals decision was allowed to stand.

16. If Interveners were not allowed to practice in that Court, they were not allowed in any court. Your corrupt actions disallowed 7 million votes. Under such circumstances; WHY VOTE.

17. And yet, it is the game we must play. It is the game of life. And, play we shall.

18. I request, the District Court is to explain, under Hooker, how it can determine the case is frivolous. How any voting rights issue can be described as meritless.

19. That is my prayer.

20. I declare, under penalty of perjury, of the laws of the State of California, and the United States, the above statements are true and correct except for those things alleged on knowledge and belief and as for those things, I believe them to be true.

RWooten

Prepared at Stockton, CA. this Fifth day of November, 2022 Robert Wooten

Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209) 992-8101

Pro - Se

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Robert Wooten
Plaintiff,

v
State of California,
Defendant,

Gavin Newsom,
Real Party In Interest
-------------------

OBJECTIONS TO DISTRICT COURT'S DETERMINATION OF FRIVOLITY

1. THIS IS A VOTING RIGHTS ISSUE.

2. The Enforcement Act of 1870 gave exclusive enforcement power of the Fifteenth Amendment to the district courts. The Act established penalties for interfering with a person's right to vote.

3. My complaint alleges the right to vote consists of more than making a mark on a piece of paper; but should entail every vestige of the elective franchise, including the right to challenge the eligibility of a particular candidate to hold public office.

4. The California Legislature has authorized any elector to challenge the eligibility of any candidate to office. The Legislature has assigned this process to the superior court of California.

5. In January of 2018, I filed a complaint in the Sacramento Superior Court challenging the right of Gavin Newson to hold a position of trust in the State. This was after the California Supreme Court determined he had exceeded the scope of his authority as Mayor of the City of San Francisco when he instructed or directed City employee's to alter State marriage license laws permitting homosexuals to "marry."

6. Under California law, a hearing is to be held from 10 to 20 days after the filing. The Sacramento Superior Court drug the matter out until early 2022. Then they dismissed the action as "moot. The California Supreme Court also refused to address the matter.

7. I then filed a complaint in the district court seeking that court to compel California to abide by its law.

8. The district court dismissed the matter for lack of "subject matter" jurisdiction. How can anyone say that an action, such as voting rights, specifically assigned to a particular court, such as a district court, lacks jurisdiction to hear the subject specifically assigned to it.

9. My complaint seeks to argue that I have been deprived of my First Amendment right of freedom of speech by being refused the right to PUBLICLY disseminate my opinion before a public authority possessed with the power to address my concerns.

10. I further allege, the denial of the California courts to address my concerns is a violation of my right to petition the government for a redress of my grievances.

11. It is a violation of my Fifth Amendment right of Due Process which, at the least, should guaranteed me a right to a hearing where I can express my views.

12. It is a violation of the Fourteenth Amendments protection against the deprivation of any privileges afforded to other citizens.

13. It is certainly a violation of the privilege to openly participate in the elective franchise.

14. District courts are to abide by the laws of the host forum as long as they do not violate federal regulations. California Code of Civil Procedure Section 632 states that a court is to provide a statement of decision explaining the factual and legal basis for its decision as to each principal controverted at trial.

15. Hear, neither judge, has bothered to offer one single instance of law or fact to support their conclusory allegations. NOTHING. Both have simply determined that my attempt to prosecute a right authorized by the California Legislature is frivolous.

16. Which of the allegations listed above do the judges think are frivolous: my free speech right; my petition right; my due process right; my privileges right; or my voting rights.

17. I have as much right as any other concerned citizen to attempt to prevent any and all undesirable individuals from holding office. THAT IS MY RIGHT AND MY DUTY.

18. Neither the district court, nor this court, nor any other court has a constitutional right to prevent me prosecuting this action.

I declare, under penalty of perjury, under the laws of the United States and California, the information provided is to the best of my belief, believed to be true and accurate, and as to those things based on belief, they are believed to be true.

Executed at Stockton, California, November 21, 2022

Robert Wooten