# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

Appellants: Robert Wooten

9th Circuit Case No. 22-16635

V

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 27 2022

FILED

DOCKETED
DATE INITIAL

APPELLEES: State of California;

Gavin Newsom; Real Party

In Interest.

## STATEMENT THAT APPEAL SHOULD GO FORWARD

### DATES OF ENTRY OF JUDGMENT

Date of entry of judgment: August 15, 2022

Motion for Rule 60: August 29, 2022

Motion denied: October 4th, 2022

Appeal filed: October 21, 2022

### 2. WHAT CLAIMS DID YOU RAISE TO THE COURT BELOW?

Before I get to that question, on November 5, & 21, 2022, I alleged the district court is in violation of Federal Rules of Appellate Procedure, Rule 24 (3) a by not stating, in writing, its reasons for its conclusory opinion: "the court does not have subject matter jurisdiction" of a voting rights issue specifically assigned to district courts by Congress as 42 U. S. C. 1983.

Conclusory statements portray a conclusion one has arrived at, without providing a basis in

fact or law which support its opinion. The judge only states the matter has been "heard, tried, and determined" the findings and recommendations of the magistrate judge are adopted.

The magistrate judge only states that no cause of action is stated against "any defendant." No cause of action was alleged. This is a declaratory proceeding to determine whether or not the laws of the State have been followed in regards to the California Supreme Courts decision in a case regarding Newsom.

Now, to the question:

The California Constitution, Article VII, Section 8 (b) states, "Laws shall be made to exclude persons convicted of bribery, perjury, forgery, malfeasance in office, or other high crimes from office or serving on juries.

The California Legislature, in response, passed California Government Code Section 1770 h which states; "His or her conviction of a felony or of any offense involving a violation of his or her official duties. ?An officer shall be deemed to have been convicted under this subdivision when trial court judgment is entered. ?For purposes of this subdivision, ?trial court judgment? means a judgment by the trial court either sentencing the officer or otherwise upholding and implementing the plea, verdict, or finding.

Newsom is a former Mayor of the City of San Francisco, California. As Mayor, the California Supreme Court said Newsom either "instructed" or "directed" City officials to alter State marriage license laws to permit homosexuals to "marry" in violation of existing State laws.

That Court said the issue before it was Newsom. It then said Newsom had exceed the scope of his authority. It then ordered the City of San Francisco to take the necessary steps to correct the effects of its past improper actions.

The question I have attempted to present to the courts of California is whether or not the disqualification statutes of 1770 (h) have been satisfied; disqualifying Newsom from office.

In December of 2018, I filed a complaint in the Sacramento Superior Court in an attempt to resolve the issue. The court did not address the matter until July 26, 2019. At that time the court said I was attempting to file a petition for writ of mandate.

I informed the court I had filed an elections challenge under the California Elections Code; Section 16440, which states in part, "this article applies only to contests on the grounds that (A) A defendant is not eligible to (hold) the office in dispute; (b) the defendant has committed any offense against the elective franchise …."

On March 10, 2022, the Sacramento court dismissed the action as moot.

I then filed the action in the district court seeking to get that court to compel the State of California to follow its own law. California appellate courts have held the question of eligibility is not moot after an election because the issue could arise again.

I alleged the California courts refusal to grant me a hearing under California law was a violation of my First Amendment right of freedom of speech as the refusal denied me the right to publicly disseminate my opinion before an authority with the power to address my concerns.

The refusal also denied me the privilege of access to the courts under the Fourth Amendment as determined by Justice Washington in Corfield v Coryell 6 F. Cases 546 (1825).

The refusal is a violation of due process under the Fifth Amendment. Because I am at least entitled to a hearing on the matter as granted by the California Legislature.

The refusal is a violation of my privileges and immunities and equal protection rights under the Fourteenth amendment. Once a right has been extended, the right must be permitted to be exercised.

The refusal is also a violation of my voting rights under the Fifteenth Amendment as the elective franchise should be deemed to cover every aspect of the electoral franchise including the right to determine the eligibility of candidates to office. Particularly when that right has been extended to any member of the electorate by the Legislature.

Once the right to challenge the eligibility of a candidate has been extended by the Legislature, courts are powerless to deny its enforcement as California has done.

This is a classic case of individual(s), acting under color of State law, which have violated my constitutional rights which have been assigned to the district courts for vindication. The district court is without authority to refuse to enforce laws made subject to the United States Constitution such as 42. U. S. C. 1983.

## 3. WHAT DO YOU THINK THE COURT BELOW DID WRONG.

I do not think the so-called judges even read the complaint. According to California law, when requested, a court is supposed to issue findings of fact and conclusions of law in support of its decision. As stated above, that is also a requirement of the Federal Rules of Appellate Procedure

I believe this court is in violation of those rules by permitting the district court to revoke my pauper status without issuing one, single letter in support of anything it has alleged.

Where is the justice in that?

I think the district court is in violation of all of the constitutional amendments I have stated above.

## 4. WHY ARE THESE ERRORS SERIOUS ENOUGH TO GO FORWARD.

These are all constitutional violations. If there is no constitution, there is no law: no Nation: no United States of America. There should be no one above the law. Even judges, who think they are god, need to be controlled. EVERYONE should be subject to some type of constraint; including judges.

The California Legislature has been obedient to the commands of the California Constitution and provided a mechanism to determine if State officers have violated their oaths of office to support and defend the California Constitution.

The Legislature has assigned this duty to the courts of the State. The courts of California, whether they want to or not, must be obedient to the commands of the Legislature and the California Constitution.

It is my PRAYER that this Court would compel them to do so by ordering the district court to compel California to obey its own law and resolve the question before it.

I, Robert Wooten, having prepared this Petition, do know its contents, and am prepared to give testimony as to the veracity of its statements. I declare, under penalty of perjury under the laws of the United States, the facts alleged are true and correct and as to those things based on belief, I believe them to be true.

Prepared at Stockton, California, this 17th day of December, 2022.

Robert Wooten RWooten