UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT WOOTEN,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants-Appellees. | No. 22-16635<br><br>D.C. No. 2:22-cv-00850-TLN-CKD<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

The district court certified that this appeal is not taken in good faith and revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). On November 17, 2022, the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and the responses to the court's November 17, 2022 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 7) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**